ROBINSON v. GENERAL MILLS RESTAURANTS

[335 N.C. 763 (1994)]

GEORGE DOUGLAS ROBINSON AND CATHY P. ROBINSON, PLAINTIFFS v. GENERAL MILLS RESTAURANTS, INC., D/B/A RED LOBSTER INNS OF AMERICA, DEFENDANT AND THIRD-PARTY PLAINTIFFS v. SALT WATER SEAFOOD, INC., AND OLDE TOWNSITE COMPANY, INC., T/A SALTWATER SEAFOOD, THIRD-PARTY DEFENDANTS, AND GEORGE DOUGLAS ROBINSON AND CATHY P. ROBINSON, PLAINTIFFS v. GENERAL MILLS RESTAURANTS, INC., D/B/A RED LOBSTER INNS OF AMERICA, OLDE TOWNSITE COMPANY, INC., SALT WATER SEAFOOD, AND SALT WATER SEAFOOD, INC., DEFENDANTS

No. 293PA93

(Filed 4 March 1994)

On discretionary review, pursuant to N.C.G.S. § 7A-31(a), of a decision of the Court of Appeals, 110 N.C. App. 633, 430 S.E.2d 696 (1993), which reversed an order entered on 30 August 1991 by Freeman, J., in Superior Court, Forsyth County, and remanded for further proceedings. Heard in the Supreme Court 1 February 1994.

*Bailey & Dixon, by Gary S. Parsons, Patricia P. Kerner, and Kenyann G. Brown, for plaintiff appellees.*

*Hutchins, Tyndall, Doughton & Moore, by H. Lee Davis, Jr., for defendant and third-party plaintiff appellants.*

*Hendrick, Zotian, Bennett & Blancato, by Richard V. Bennett and Sherry R. Dawson, for third-party defendant appellants.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.